1

2

3

4

5

6

7

8                            **UNITED STATES DISTRICT COURT**

9                            EASTERN DISTRICT OF CALIFORNIA

10

11     ARTURO BERNAL,                                Case No.  1:22-cv-00250-BAM (PC)

12                    Plaintiff,                      ORDER TRANSFERRING CASE TO THE
                                                       CENTRAL DISTRICT OF CALIFORNIA
13            v.

14     VILLANUEVA, *et al.*,

15                    Defendants.

16

17            Plaintiff Arturo Bernal ("Plaintiff"), a state prisoner proceeding *pro se*, has filed a civil

18     rights action pursuant to 42 U.S.C. § 1983.  (ECF No. 1.)

19            The federal venue statute requires that a civil action, other than one based on diversity

20     jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

21     defendants are residents of the State in which the district is located, (2) a judicial district in which

22     a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part

23     of the property that is the subject of the action is situated, or (3) if there is no district in which an

24     action may otherwise be brought as provided in this section, any judicial district in which any

25     defendant is subject to the court's personal jurisdiction with respect to such action."  28 U.S.C.

26     § 1391(b).

27            In this case, none of the defendants reside in this district.  The claim arose in Los Angeles

28     County, which is in the Central District of California.  Therefore, Plaintiff's claim should have

                                                    1

1    been filed in the United States District Court for the Central District of California.  In the interest

2    of justice, a federal court may transfer a complaint filed in the wrong district to the correct

3    district.  *See* 28 U.S.C. § 1406(a); *Ravelo Monegro v. Rosa*, 211 F.3d 509, 512 (9th Cir. 2000).

4            Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United

5    States District Court for the Central District of California.

6

7    IT IS SO ORDERED.

8        Dated:    **March 1, 2022**                    /s/ *Barbara A. McAuliffe*           _

9                                                    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28